UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:21-cv-329-PGB-LRH

MICHAEL VARVARO,

    Plaintiff,

vs.

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: -

_____
_____
_____

__X__ IS NOT     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated April 12, 2021      Respectfully submitted,

/s/ Rainier Regueiro
**Rainier Regueiro, Esq.**
Florida Bar No.: 115578
rregueiro@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 12, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Ronald L. Harrop, Esq.
rharrop@oconlaw.com
O'Connor & O'Connor. LLC
800 North Magnolia Avenue, STE 1350
Orlando. FL 32803
(407) 843-2100
(407) 843-2061 Facsimile

                                                                       /s/ Rainier Regueiro
                                                                       **Rainier Regueiro, Esq.**
                                                                       Florida Bar No.: 115578
                                                                       rregueiro@rgpattorneys.com